[No. 13230-0-I.   Division One.   May 14, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN
MICHAEL LEE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82-8-04020-9, Terrence A. Carroll, J., entered
April 26, 1983. *Affirmed* by unpublished opinion per
Andersen, J., concurred in by Swanson and Ringold, JJ.

[No. 5363-6-III.   Division Three.   May 17, 1984.]

DEAN PARAMORE, ET AL, *Respondents,* v. IRENE
CLEAVENGER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 81-2-03708-3, Michael E. Donohue, J.,
entered August 11, 1982. *Affirmed* by unpublished opinion
per Green, A.C.J., concurred in by McInturff and Thomp-
son, JJ.

[No. 5548-5-III.   Division Three.   May 17, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH
W. BAKER, *Appellant.*

Appeal from a judgment of the Superior Court for
Franklin County, No. 4505, Robert S. Day, J., entered
December 7, 1982. *Affirmed* by unpublished opinion per
Thompson, J., concurred in by Munson, C.J., and Green, J.